# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**NATHANIEL PROCTOR,**

    Plaintiff,

v.

**STATE OF GEORGIA, by and through SAM OLENS, Attorney General, et al.,**

    Defendants.

Civil Action 5:12-CV-342 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Charles H. Weigle (Doc. 27). The Magistrate Judge recommends that Defendants' Motion to Dismiss (Doc. 21) be granted.

Plaintiff has filed an objection to the Recommendation. The Court has made a *de novo* review of the portions of the Recommendation to which Plaintiff objects. After careful consideration, the Court overrules the objections and adopts the well-reasoned Recommendation of the Magistrate Judge as the opinion of the Court. Defendants' Motion to Dismiss (Doc. 21) is granted.

**SO ORDERED**, this the 17th day of June, 2013.

    */s/ Hugh Lawson*
    **HUGH LAWSON, SENIOR JUDGE**

mbh